# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

JAMARR LANARD SCOTT,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2022-3839

_____

May 17, 2024

Appeal from the Circuit Court for Pinellas County; Philip J. Federico, Judge.

Rachael E. Reese of O'Brien Hatfield Reese, P.A., Tampa, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and J. Wade Stidham, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

KELLY, LaROSE, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.